

**Cedric DAVIS**

v.

STATE

CR-13-0637

Court of Criminal Appeals of Alabama.

02/13/2015

Reh. denied 03/13/2015

Dismissed

**D.E.L.**

v.

STATE

CR-13-0682

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**Willie James LARKINS**

v.

STATE

CR-13-0654

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**Vertis J. ANTHONY**

v.

STATE

CR-13-0698

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed